UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-00200-SVW-ADS | Date | March 6, 2025 |
|---|---|---|---|
| Title | Stephanie Castaneda-Villela v. Warden Eliseo Ricolcol | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      IN CHAMBERS ORDER DISMISSING ACTION

   The Court, on January 24, 2025, issued a letter to the plaintiff advising that the $5.00 filing fee was not paid. The plaintiff was provided with the forms needed to proceed without prepayment of filing fees, granted thirty days to return the completed form.

   Plaintiff has failed to pay the filing fee or submit the required form to proceed without prepayment.

   The Court orders this action dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |